ERNA WILLIAMS *v.* CLEVELAND WILLIAMS
(AC 18779)

O'Connell, C. J., and Landau and Hennessy, Js.

Argued December 2—officially released December 28, 1999

Per Curiam. The judgment is affirmed.

STATEWIDE GRIEVANCE COMMITTEE *v.*
ARTHUR O. KLEIN
(AC 19331)

Foti, Lavery and Daly, Js.

Argued December 3—officially released December 28, 1999

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* JOSEPH EDWARDS
(AC 18565)
(AC 18566)

Spear, Mihalakos and Freedman, Js.

Argued December 6—officially released December 28, 1999

Per Curiam. The judgments are affirmed.